IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| EDISON ELECTRIC INSTITUTE, <br> *Petitioner* <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br> *Respondent* | ) ) ) ) ) ) ) ) ) ) ) | No. 14-1012 |

**JOINT RESPONSE TO ORDER AND
JOINT UNOPPOSED MOTION FOR CONSENSUAL BRIEFING
SCHEDULE**

Pursuant to this Court's order of April 18, 2014, Respondent-Intervenors American Public Power Association, Modesto Irrigation District, North American Electric Reliability Corporation, Peak Reliability, Inc., and Western Electricity Coordinating Council state that they consent to the filing of one joint brief of Respondent-Intervenors, not to exceed 8,750 words.

Furthermore, pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Petitioner Edison Electric Institute, Petitioner-Intervenor Avista Corporation, and the Respondent-Intervenors move that the Court adopt the following format and schedule for briefing in the above-captioned proceeding. Counsel for Petitioner has conferred with counsel for the Respondent

Federal Energy Regulatory Commission and is authorized to represent that the motion is unopposed.

After consultation, the parties propose to adhere to the standard briefing format specified in Rule 32(a)(7) of the Federal Rules of Appellate Procedure and Circuit Rule 32(a) and to submit their briefs according to the following schedule:

| Brief and Word Limit | Due Date |
| --- | --- |
| Petitioner's Initial Brief (not to exceed 14,000 words) | 60 Days after Order Establishing Briefing Schedule |
| Initial Brief of Intervenor for Petitioners (not to exceed 8,750 words) | 14 Days after Petitioner's Brief |
| Respondent's Brief (not to exceed 14,000 words) | 60 Days after Petitioner's Brief[1] |
| Joint Brief of Intervenors for Respondent (not to exceed 8,750 words) | 14 Days after Respondent's Brief |
| Petitioner's Reply Brief (not to exceed 7,000 words) | 28 Days after Respondent's Brief |
| Intervenor for Petitioner's Reply Brief (not to exceed 4,375 words) | 28 Days after Respondent's Brief |
| Deferred Appendix | 7 Days after Reply Briefs |
| Final Briefs | 14 Days after Reply Briefs |

---

[1] After conferring with counsel for Petitioner, counsel for Respondent moved this Court to set a briefing schedule that affords Respondent a minimum of sixty days between the filing of Petitioner's opening brief and Respondent's brief in response. *See* Respondent's March 7, 2014 Motion (Doc. #1482826).

Respectfully submitted,

/s/ *Stephen M. Spina*
Stephen M. Spina
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5958
sspina@morganlewis.com

*Attorney for the Edison Electric Institute*

/s/ *Delia Denise Patterson*
Delia Denise Patterson
AMERICAN PUBLIC POWER ASSOCIATION
1875 Connecticut Avenue, NW
Suite 1200
Washington, DC 20009-5715
Phone: (202) 467-2993
dpatterson@publicpower.org

*Attorney for the American Public Power Association*

/s/ *Willie Lee Phillips, Jr.*
Willie Lee Phillips, Jr.
NORTH AMERICAN ELECTRIC RELIABILITY CORPORATION
1325 G. Street, NW
Suite 600
Washington, DC 20005
Phone: (202) 644-8045
willie.phillips@nerc.net

*Attorney for the North American Electric Reliability Corporation*

/s/ *Michael G. Andrea*
Michael G. Andrea
AVISTA CORPORATION
1411 East Mission Avenue
MSC-23
Spokane, WA 99202
Phone: (509) 495-2564
michael.andrea@avistacorp.com

*Attorney for Avista Corporation*

/s/ *Sean Neal*
Sean Neal
DUNCAN, WEINBERG, GENZER & PEMBROKE, PC
915 L Street
Suite 1410
Sacramento, CA 95814
Phone: (916) 498-0121
smn@dwgp.com

*Attorney for Modesto Irrigation District*

/s/ *Richard Lehfeldt*
Richard Lehfeldt
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Phone: (202) 624-2500
rlehfeldt@crowell.com

*Attorney for Western Electricity Coordinating Council and Peak Reliability, Inc.*

Dated: May 19, 2014

3

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have this day served the foregoing motion upon the Respondent Federal Energy Regulatory Commission and all other parties shown on the attached list by electronic filing if registered for the Court's CM/ECF system, or by United States first-class mail, postage pre-paid:

    Delia Denise Patterson
    American Public Power Association
    1875 Connecticut Avenue, NW Suite 1200
    Washington, DC 20009-5715
    dpatterson@publicpower.org

    Gary D. Bachman
    Van Ness Feldman LLP
    1050 Thomas Jefferson Street, NW
    7th Floor
    Washington, DC 20007-3877
    gdb@vnf.com

    Thomas Gregory Hutton
    Van Ness Feldman LLP
    1050 Thomas Jefferson Street, NW
    7th Floor
    Washington, DC 20007-3877
    tgh@vnf.com

    Robert Michael Kennedy Jr.
    Federal Energy Regulatory Commission
    Office of the Solicitor
    888 First Street, NE
    Washington, DC 20426
    robert.kennedy@ferc.gov

Robert Harris Solomon
Federal Energy Regulatory Commission
Office of the Solicitor
888 First Street, NE
Room 9A-01
Washington, DC 20426
robert.solomon@ferc.gov

Richard Lehfeldt
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
rlehfeldt@crowell.com

Sean Neal
Duncan, Weinberg, Genzer & Pembroke, PC
915 L Street
Suite 1410
Sacramento, CA 95814
smn@dwgp.com

Willie Lee Phillips Jr.
North American Electric Reliability Corporation
1325 G Street, NW Suite 600
Washington, DC 20005
willie.phillips@nerc.net

John Daniel Skees
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
dskees@morganlewis.com

Michael Gordon Andrea
Avista Corporation
1411 East Mission Avenue
MSC-23
Spokane, WA 99202
michael.andrea@avistacorp.com

Dated at Washington, D.C., this 19th day of May, 2014.

/s/ *Stephen M. Spina*
Stephen M. Spina
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5958
FAX: (202) 739-3001
sspina@morganlewis.com
